# EXHIBIT A

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,893,025
Registered Oct. 12, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A METAL FRAME AND LEATHER CUSHIONS.

   SEC. 2(F).

   SER. NO. 76-556,817, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 2,894,977

**United States Patent and Trademark Office**   Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

   THE MARK CONSISTS OF A CONFIGURATION OF A STOOL WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

   SEC. 2(F).

   SER. NO. 76-556,816, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT C

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,894,980
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: COUCHES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

   THE MARK CONSISTS OF A CONFIGURATION OF A COUCH WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

   SEC. 2(F).

   SER. NO. 76-556,824, FILED 10-22-2003.

THEODORE MCBRIDE, EXAMINING ATTORNEY

# EXHIBIT D

Case 1:07-cv-07892-SAS    Document 1-2    Filed 09/07/2007    Page 7 of 16

Int. Cl.: **20**

Prior U.S. Cls.: **2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,894,979**
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

   THE MARK CONSISTS OF A CONFIGURATION OF A TABLE WITH A METAL BASE AND A GLASS TOP.

   SEC. 2(F).

   SER. NO. 76-556,821, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT E**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

United States Patent and Trademark Office

Reg. No. 2,894,978
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A FLAT METAL FRAME SUPPORTING A CUSHION.

SEC. 2(F).

SER. NO. 76-556,819, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT F**

# United States Patent Office

772,313
Registered June 30, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 177,235, filed Sept. 18, 1963

## BARCELONA

Drexel Enterprises, Inc. (Delaware corporation)
1690 English St.
High Point, N.C.

For: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS, in CLASS 32.
First use Oct. 19, 1962; in commerce Feb. 27, 1963.

**EXHIBIT G**



# MODERN Collections.com

**Secure 24/7 Online Ordering** | Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
- Modern Classics
- Designer Chairs
- Sofas + Loveseats
- Tables + Benches

**SHOP BY DESIGNER:**
- Le Corbusier
- Mies van der Rohe
- Marcel Breuer
- Eileen Gray
- George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING — Always FREE SHIPPING! *Continental 48 States



Secure Server Protected by... SSL

We Proudly Accept:

  



## "Looking For Useful Information On Barcelona Chairs?"

### Discover EXACTLY What Is True Quality When Comparison Shopping.

At ModernCollections.com, our goal is to provide you with as much information possible so you can make an informed decision. We will share with you our knowledge of what's available in the marketplace and the characteristics to look for when shopping for the famous Barcelona Chairs.

**So, what makes us different?** With hundreds of retailers selling these chairs online ranging from $500 to $7000, it's difficult to know what you're *really* getting and what makes one retailer a better buying choice over the other. We have made this process easier by comparing our features with top manufacturers like Knoll and DWR. We use them as a benchmark since they are well known in the industry for providing high quality reproductions.

### Read How Our Chairs Compare to Knoll and DWR:

Similar to Knoll, we use premium grade 304 bar stock stainless steel for the frame. Single piece construction ensures long-term durability. Frame is shaped, welded and hand-buffed to mirror finish.

Our frames are buffed slightly on the edges to remove sharpness (safety) similar to DWR.

Knoll and DWR does not have seams at two front corners of their seat cushions or top corners of the back cushions. We have recently revised our cushions to be constructed the same way for a more authentic appearance.

Knolls uses thinner padding and has a slight curve to it. The back of the seat cushion is lower giving you a slightly more recline position. Our chair uses 4" thick cushions and has a more ergonomic seat angle for better lumbar support and easier position to get up from.

We use the Capitonné technique which uses individual tabbed squares of leather cut from a single hide and sewn, welted and tufted by hand similar to DWR. Each line is a "pipe" not just stitching.

Like Knoll and DWR, we use a total of 17 heavy saddle Italian leather straps ensuring durability and support. All straps are made to match specified upholstery color.

Knoll uses 34 stainless screws to secure straps to steel frame. We follow the same method using 34 stainless rivets to prevent the leather straps from loosening over time.

Finally, our cushions are premium quality, highly resilient urethane foam with Dacron polyester fiberfill to match that of Knoll and DWR.

### A Picture Is Worth A Thousand Words, Right?

Yes...they can be if they represent the actual products you will receive. You've seen them on Ebay and other retailers selling Barcelona chairs for under $600. Some are even selling the chair with ottoman set at this price. We are all for getting a good deal. However, **buyer beware...many are using the bait and switch tactic** to get you to purchase. The pictures you see are not the same products you will be receiving. When shopping around, ask to see if they offer more detail pictures of their product and check for any discrepancies between the product pictures.

**For you to feel comfortable with your purchase, we offer you in depth details of our Barcelona furniture by providing high quality pictures taken from our own studio.**

Click on each picture below:



## Where Is It Made...The Most Important Question?

Although this is a popular question, it is not the most important question to ask. We believe **how the product is made is actually more important** in deciding what type of quality you will receive. Many retailers justify their high prices claiming "Made in Italy". Although this may serve the ego, it does little to guarantee a quality product.

Our Barcelona chairs are imported from Asia using the most respectable modern classics manufacturer in the country. Although there are many cheap Asian knock offs flooding the market, we are NOT one of them. **Customers have often compared our quality to that of DWR**. In many cases, our chairs are comparable if not better than many of those coming out of Italy.

We specialize in Modern Classics and require our furniture to be made with strict quality control using the latest in technology and highest grade materials. We have simply moved production from Italy to keep prices low and offer **better value for our customers**. Genuine Italian leather is used since this is still the highest grade leather available.

## We Respect The Smart Consumer

We know you have many choices when choosing who to buy from. Even if you don't buy from us, we hope that you can use our information provided to make a well informed decision. After all, price alone shouldn't be the only deciding factor. Quality is MOST important so you can proudly display your furniture in your home or office. **We are not the cheapest retailer. However, our commitment to excellence and detail will provide you a quality product not found with most other retailers.**

## Your Complete Satisfaction Is Our Top Priority

We guarantee you'll love our Barcelona Chair & Ottoman. In fact, we are so confident on the quality of our products, we offer a 30-day no-hassle money-back guarantee. **We won't even charge your credit card until your order ships and no restocking fees** (for non-custom orders).

Compare this to other retailers who charge first and ships 6 to 8 weeks later. We can only offer this type of guarantee based on the positive feedback we've received from customers with our products. **Free shipping is included with no minimum purchase.**

## Click Here To See Our Barcelona Furniture

bauhaus furniture | modern chairs | modern furniture | bauhaus sofa | mid century modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us

© 2004-2006 Modern Collections - All rights reserved.

# MODERN Collections.com



Items in your Cart: 0
Current Subtotal: $0.00

Clear Cart | Click to Checkout | View Cart

Secure 24/7 Online Ordering | Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
- Modern Classics
- Designer Chairs
- Sofas + Loveseats
- Tables + Benches

**SHOP BY DESIGNER:**
- Le Corbusier
- Mies van der Rohe
- Marcel Breuer
- Eileen Gray
- George Nelson

VIEW CART/CHECKOUT


FREE SHIPPING - Always FREE SHIPPING! *Continental 48 States


Secure Server Protected by... SSL


We Proudly Accept: VISA, MasterCard, AmEx


SECURED BY GeoTrust - click to verify
18-Jul-07 20:27 GMT

Mies van der Rohe Furniture >

Displaying products 1 - 12 of 12 results

Items: -- | Sort: --


Click for Details
**Barcelona Chair by Designer Mies van der Rohe**
Retail: $1,900.00
Sale: $899.00


Click for Details
**Barcelona Chair and Ottoman Set by Mies van der Rohe**
Retail: $2,500.00
Sale: $1,235.00


Click for Details
**Mies van der Rohe Barcelona Ottoman**
Retail: $600.00
Sale: $399.00


Click for Details
**Mies Lounge Bench**
Retail: $1,300.00
Sale: $695.00


Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
Sale: $1,499.00


Click for Details
**Mies Barcelona Coffee Table**
Retail: $1,100.00
Sale: $699.00


Click for Details
**Brno Chair by Mies**
Retail: $1,400.00
Sale: $745.00


Click for Details
**Mies Barcelona End Table**
Retail: $790.00
Sale: $439.00


Click for Details
**Mies Barcelona Loveseat**
Retail: $4,000.00
Sale: $1,639.00


Click for Details
**Mies Lounge Petit Day Bed**
Retail: $2,400.00
Sale: $1,324.00


Click for Details
**Pavilion Lounge Sofa by Mies**
Retail: $5,000.00
Sale: $1,979.00


Click for Details
**Leather Swatch Samples**
Retail: $2.50
Sale: $1.50

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved.