JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>MODERNCOLLECTIONS.COM, DANNY LOUIE and LISA SHIU,<br><br>          Defendants. | Civil Action No.<br><br>07 CIV 7892<br>ECF CASE |

### STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for KNOLL, INC. certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                      GOTTLIEB, RACKMAN & REISMAN, P.C.
                                      Attorneys for Plaintiff
                                      270 Madison Avenue, 8th Floor
                                      New York, New York 10016
                                      (212) 684-3900

                        By: _____
                                      George Gottlieb (GG-5761)
                                      ggottlieb@grr.com
                                      Marc P. Misthal (MM-6636)
                                      mmisthal@grr.com
                                      Yuval H. Marcus (YM 5348)
                                      ymarcus@grr.com

Dated:     New York, New York
               September 7, 2007