JUDGE SCH[...]

# United States District Court

Southern _____ DISTRICT OF _____ New York

KNOLL, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MODERNCOLLECTIONS.COM,
DANNY LOUIE and LISA SHIU

**07 CIV 7892**

TO: (Name and address of defendant)

Danny Louie
1564-A Fitzgerald Drive, #283,
Pinole, CA 94564

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Gottlieb
Marc P. Misthal
Yuval H. Marcus
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue
New York, New York 10016

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

SEP 0 7 2007

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/14/2007 |
| NAME OF SERVER (PRINT)  Granville Smith | TITLE  Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): At the defendants place of business, which is a UPS Store.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     9/18/2007
           Date

Signature of Server

55 Santa Clara
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.