```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

So Hellendkin, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KNOLL, INC., | Civil Action No. 07 CV 7892 (SAS) |
|---|---|
| Plaintiff, | ECF CASE |
| v. | |
| DANRICK COMMERCE GROUP, LLC., *(incorrectly named as Moderncollections.com)* DANNY LOUIE and LISA SHIU | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned that Danrick Commerce Group, LLC., Danny Louie and Lisa Shiu's time to answer or otherwise move with respect to the Complaint is hereby extended to and including December 2, 2007.

_____
**GOTTLIEB, RACKMAN & REISMAN, P.C.**

George Gottlieb (GG 5761)
Marc P. Misthal (MM 6636)
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016-0601
(212) 684-3900

_____
**SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP**

Charles A. Le Grand (CL 5320)
30 Rockefeller Plaza, Suite 2400
New York, NY 10112-0015
(212) 332-3800

**SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP**

Neil A. Smith
Attorneys for Defendants
Four Embarcadero Center
San Francisco, CA 94111-4109
(415) 434-9100

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

10/31/07