**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KNOLL, INC.,<br><br>      *Plaintiff,*<br><br>      v.<br>DANRICK COMMERCE GROUP, LLC<br>a/k/a MODERNCOLLECTIONS.COM,<br>DANNY LOUIE, LISA SHIU,<br>ALPHAVILLE DESIGN, INC., DAVID<br>LEE, PEGGY LEE and DOES A-Z,<br>Retailers for Alphaville Design, Inc.,<br><br>      *Defendants.* | Civil Action No.  07 CV 7892<br><br>**FIRST AMENDED COMPLAINT FOR**<br>**TRADEMARK INFRINGEMENT AND**<br>**RELATED CAUSES**<br><br>**(Jury Demanded)**<br><br>**ECF CASE** |



Plaintiff, by its attorneys, for its First Amended Complaint against the defendants,

alleges:

## JURISDICTION AND VENUE

1.      This is an action for violation of Sections 32 and 43 (a) of the Lanham Act,

15 U.S.C. §§ 1114, 1125; for violation of Section 360-I of the New York General

Business Law; and for violation of the common law of the State of New York pertaining

to unfair competition

2.      This Court has jurisdiction over the subject matter of these claims

pursuant to 28 U.S.C. § 1338 and under principles of supplemental jurisdiction, 28

U.S.C. §1367(a).  Venue is proper in this judicial district pursuant to 28 U.S.C § 1391.

## THE PARTIES

3.      Plaintiff Knoll, Inc. ("Knoll") is a corporation organized and existing under

the laws of the State of Delaware, maintaining a place of business at 76 Ninth Avenue,

New York, New York

4.      Knoll is a leading designer and manufacturer of branded furniture

5.    Knoll believes that good design is good business. Indeed, since its founding in 1938, Knoll has been recognized as a design leader worldwide.

6.    Knoll products are exhibited in major art museums worldwide, with more than 30 Knoll pieces in the permanent Design Collection of The Museum of Modern Art in New York, New York.

7.    Upon information and belief, defendant Danny Louie ("Louie") is an individual maintaining a place of business at 1564-A Fitzgerald Drive #283, Pinole, California 94564.

8.    Upon information and belief, defendant Lisa Shiu ("Shiu") is an individual maintaining a place of business at 1564-A Fitzgerald Drive #283, Pinole, California 94564. Upon information and belief, defendant Shiu is the registrant of the domain name moderncollections.com.

9.    Upon information and belief, defendant Danrick Commerce Group, LLC a/k/a ModernCollections.com ("ModernCollections") is a business organized and existing under the laws of the State of California, maintaining a place of business at 1564-A Fitzgerald Drive #283, Pinole, California 94564. Upon information and belief, defendant Louie is a principal of and controls ModernCollections.

10    Defendant ModernCollections conducts its business over the internet through its website at http://www.moderncollections.com.

11.    Defendants Louie and ModernCollections transact business within this district, derive revenue from intrastate and interstate commerce, and have committed tortious acts within this district and also without this district having consequences within this district, and defendants are otherwise within the jurisdiction of this Court.

12.    Upon information and belief, defendant David Lee ("D. Lee") is an

2

individual maintaining a place of business at 41460 Christy Street, Fremont, California 94538.

13.    Upon information and belief, defendant Peggy Lee ("P. Lee") is an individual maintaining a place of business at 41460 Christy Street, Fremont, California 94538.

14.    Upon information and belief, defendant Alphaville Designs, Inc. ("Alphaville") is a business organized and existing under the laws of the State of Delaware, maintaining a place of business at 41460 Christy Street, Fremont, California 94538. Upon information and belief, Alphaville is a manufacturer and wholesaler of furniture and is the source of the furniture offered for sale by ModernCollections. Upon information and belief, defendants D. Lee and P. Lee are principals of and control Alphaville.

15.    Defendant Alphaville conducts its business over the internet through its website at http://www.alphavilledesign.com. Customers have been able to purchase products directly from Alphaville through its website at http://alphavilledesign.stores.yahoo.net/. Upon information and belief, Alphaville also promotes and sells its furniture products at trade shows, including at trade shows in New York. New York. Upon information and belief, Alphaville sells its furniture products to retailers throughout the United States, including defendants Does A-Z.

16.    Defendants Alphaville. D. Lee and P. Lee transact business within this district, derive revenue from intrastate and interstate commerce, and have committed tortious acts within this district and also without this district having consequences within this district, and defendants are otherwise within the jurisdiction of this Court.

3

17.    The true names and capacities, whether individual, corporate or otherwise, of the defendants named herein as Does A through Z are presently unknown to Knoll, who therefore sues said defendants by such fictitious names. Knoll will seek to amend this First Amended Complaint to allege the true names and capacities of said defendants when it has ascertained such information. Knoll is informed and believes that each defendant named herein as Does A through Z is a retailer who purchases furniture products from defendant Alphaville and has participated in some or all of the acts or conduct alleged in this First Amended Complaint, or otherwise orchestrated, supervised or were aware of, or should have been aware of, the infringing conduct as herein alleged, and is therefore liable to Knoll by reason thereof.

## FACTS COMMON TO ALL COUNTS

## LUDWIG MIES VAN DER ROHE

18.    Ludwig Mies van der Rohe ("Mies van der Rohe") was a world-famous architect and one of the most influential architects of the twentieth century.

19.    Mies van der Rohe was the director of the Bauhaus school of design from 1930 to 1933, and moved to the United States in 1937 to continue his architectural activities.

20.    Among Mies van der Rohe's more well-known architectural works are the Seagram Building in New York City; the Lakeshore Drive Apartments in Chicago Illinois; the German Pavilion for the 1929 Barcelona International Exhibition and the Tugendhat House, in Brno. Czech Republic.

## THE GERMAN PAVILION

21.    In 1928, Mies van der Rohe was asked to design the German pavilion for

4

the 1929 Barcelona International Exhibition.  The result was one of Mies van der Rohe's most well-known architectural designs.

### A.  The Barcelona Chair

22.    In addition to designing the German Pavilion, Mies van der Rohe also designed the furniture featured inside the pavilion.  He designed a chair in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this chair as the "Barcelona Chair".

### B.  The Barcelona Stool

23    Along with the "Barcelona Chair", Mies van der Rohe also designed an ottoman for the German Pavilion in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this ottoman as the "Barcelona Stool".

### C. The Barcelona Couch

24.     In 1930, Mies van der Rohe designed a couch or daybed that later gained fame when he featured it in the Farnsworth House, which he designed in 1948 for Dr. Edith Farnsworth.  The couch was in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this couch as the "Barcelona Couch".

### THE TUGENDHAT HOUSE

25.     In 1928, Mies van der Rohe was commissioned to design a home for Grete and Fritz Tugendhat.  The resulting Tugendhat House in Brno, Czech Republic is one of Mies van der Rohe's most well-known architectural designs.

### A. The Flat Brno Chair

26.     In addition to designing the Tugendhat House Mies van der Rohe also designed much of the furniture used to furnish the Tugendhat House.  He designed for

6

the Tugendhat House a chair in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this chair as the "Flat Brno Chair".

### B.  The Barcelona Table

27.    Along with the "Flat Brno Chair", Mies van der Rohe also designed a table for the Tugendhat House in the form of the design that is set forth below:



Architects  the furniture trade and the public have come to refer to this table as the "Barcelona Table" or the "Tugendhat Table"

### KNOLL AND ITS RIGHTS IN THE BARCELONA COLLECTION

28.    By an agreement dating from November 1, 1965, Mies van der Rohe

assigned all rights, title and interest in and to the design of the Barcelona Chair, the
Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair
(hereinafter collectively referred to as the "Barcelona Collection") to predecessors of
Knoll as to the rights herein involved.

29.     Knoll and its predecessors in interest as to the rights herein involved have
been continuously manufacturing, displaying, promoting and selling the Barcelona
Collection since at least as early as January 1, 1954.

30.     The various furniture items in the Barcelona Collection have been the
subjects of third party commentary in numerous books, newspaper articles and
magazine articles, virtually all of which identify Knoll or its predecessors in interest as to
the rights herein involved as the source of these items.

31.     The various furniture items in the Barcelona Collection are in the
collections of numerous museums featuring design around the world, and have been
featured in a number of museum exhibitions.

32.     The Barcelona Collection is in the Museum of Modern Art's design
collection. Some of these pieces have there since the 1950s. The Museum of Modern
Art, as well as other museums, always identify Mies van der Rohe as the designer of
the Barcelona Collection, and Knoll as the source and manufacturer of these items.

33.     Knoll markets and sells the Barcelona Collection throughout the United
States and internationally. In connection with these efforts, Knoll maintains an internet
website at http://www.knoll.com, which contains information about Knoll's furniture
products. Knoll also issues advertising and promotional material relating to the
Barcelona Collection, and has done so for many years.

34.     As a result of all of the foregoing sales, manufacturing and promotional efforts, the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair have come to be associated with Knoll as their source.

## KNOLL'S TRADEMARK REGISTRATIONS

35.     On or about October 12, 2004, the Barcelona Chair was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Chair, No. 2,893,025, remains in full force and effect. A copy of this registration is attached as Exhibit A.

36.     On or about October 19, 2004, the Barcelona Stool was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Stool, No. 2,894,977, remains in full force and effect. A copy of this registration is attached as Exhibit B.

37.     On or about October 19, 2004, the Barcelona Couch was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Couch, No. 2,894,980, remains in full force and effect. A copy of this registration is attached as Exhibit C

38     On or about October 19, 2004, the Barcelona Table was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Table, No. 2,894,979, remains in full force and effect. A copy of this registration is attached as Exhibit D.

39.     On or about October 19. 2004. the Flat Brno Chair was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Flat Brno Chair, No. 2,894,978, remains in full force and effect. A copy of this

9

registration is attached as Exhibit E.

40.    Knoll is the owner of U.S. Trademark Registration No. 772,313 for the
mark BARCELONA, which issued on or about June 30, 1964.  Said registration remains
in full force and effect and is incontestable.  A copy of this registration is attached as
Exhibit F.

### MODERNCOLLECTIONS, ALPHAVILLE and DOES A-Z

41.    Upon information and belief, defendant ModernCollections is a marketer
and retailer of furniture and related products, much of it embodying "modern design".

42.    Defendants ModernCollections, Louie and Shiu, through the website at
www.moderncollections.com, advertise, promote and offer for sale furniture products in
the form of the designs that are the subjects of Knoll's aforementioned trademark
registrations.  Indeed, on its website, ModernCollections compares the products it sells
to those sold by Knoll and admits that its products come from Asia.  Printouts of
representative pages from ModernCollections' website are attached as Exhibit G.

43    Upon information and belief, defendant Alphaville is a manufacturer.
importer and wholesaler of furniture products.  Upon information and belief, Alphaville
offers its furniture products for sale to customers in New York and promotes its furniture
products at trade shows, including at trade shows in New York   Indeed, upon
information and belief, Alphaville is an exhibitor and its furniture products will be on
display from November 10-13, 2007 at the 92rd Annual International Hotel Motel &
Restaurant Show at the Jacob Javits Convention Center in New York, New York.

44.    Upon information and belief, defendant Alphaville is the supplier to
ModernCollections of the furniture products that are the subjects of Knoll's

10

aforementioned trademark registrations.

45.    Upon information and belief, defendant Alphaville manufactures, imports, and/or distributes furniture products that are the subjects of Knoll's aforementioned trademark registrations, to customers throughout the United States, including to customers in New York.

46.    Upon information and belief, defendants Does A through Z are retailers who have purchased furniture products from Alphaville that are the subjects of Knoll's aforementioned trademark registrations, and are promoting, offering for sale and selling such furniture products to the public.

47.    Defendants have sold and continue to sell products in the form of or derivative of the designs that are the subjects of Knoll's aforementioned trademark registrations in New York and throughout the United States.

## COUNT I [TRADEMARK INFRINGEMENT]
(Against All Defendants)

48.    Plaintiff repeats and realleges each allegation in paragraphs 1-47 as if set forth in full herein

49.    Plaintiff has never authorized defendants to sell reproductions of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table or the Flat Brno Chair.

50.    Plaintiff has never authorized defendants use its BARCELONA mark in connection with the sale of reproductions of the Barcelona Chair, the Barcelona Stool the Barcelona Couch, the Barcelona Table or the Flat Brno Chair.

11

51.    Upon information and belief, defendants' acts have been done willfully and intentionally, with full knowledge of plaintiff's trademark rights.

52.    Knoll has given defendants due notice of plaintiff's rights, and on information and belief, defendants have failed to cease their infringing acts. Defendants' continuation of their infringing acts have and will cause plaintiff irreparable harm and injury.

53.    Defendants have improperly sold goods in the form of the designs that are the subject of Knoll's trademark registrations with the intent to cause confusion and mistake, to deceive and mislead the purchasing public and to improperly appropriate the valuable trademark rights of plaintiff.

54.    Defendants' said acts violate Section 32 of the Lanham Act, 15 U.S.C. § 1114.

55.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of defendants in an amount thus far not determined, but, on information and belief, defendants' acts, if continued, will result in damages to be awarded against defendants in excess of $1,000,000.

## COUNT II [FALSE DESIGNATION OF ORIGIN]
(Against All Defendants)

56.    Plaintiff repeats and realleges each allegation in paragraphs 1-55 as if set forth in full herein.

57.    Defendants ModernCollections, Louie and Shiu, on their website, present their unauthorized copies of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair in connection with text describing

12

the context in which Mies van der Rohe created these designs, creating the impression that the products offered for sale by defendants are authentic.

58.    Defendants Alphaville, D. Lee and P. Lee, on their website, present their unauthorized copies of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair, creating the impression that the products offered for sale by defendants are authentic.

59.    Defendants' efforts to misrepresent themselves as a legitimate source of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table or the Flat Brno Chair takes control of the reputation and goodwill of the designs for those items away from Knoll, which owns and is responsible for the goodwill of those designs in the United States.

60.    Defendants have improperly sold goods in the form of the designs that are the subject of Knoll's aforementioned trademark registrations with the intent to cause confusion and mistake, to deceive and mislead architects, the furniture trade and the purchasing public and to improperly appropriate the valuable trademark rights of plaintiff.

61    Defendants' said acts violate Section 43 (a) of the Lanham Act, 15 U.S C. § 1125 (a)

62.    Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of defendants in an amount thus far not determined, but, on information and belief, defendants' acts, if continued, will result in damages to be awarded against defendants in excess of $1,000,000

## COUNT III [COMMON LAW UNFAIR COMPETITION]
(Against All Defendants)

63.     Plaintiff repeats each allegation in paragraphs 1-62 as if set forth in full herein.

64.     As a result of defendants' improper sale of furniture in the form of the designs that are the subject of Knoll's trademark registrations, architects, the furniture trade and the purchasing public are likely to buy defendants' products in the erroneous belief that they are authorized reproductions of Knoll's trademarked designs.

65.     Upon information and belief, defendants have intentionally misappropriated the designs that are the subject of Knoll's trademark registrations with the intention of causing confusion, mistake and deception among consumers and the trade as to the source of the goods and with the intent to unfairly profit from plaintiff's goodwill at plaintiff's expense.

66.     As a result of the foregoing, defendants' actions constitute unfair competition which have had and will continue to have a detrimental effect on the general consuming public in violation of the common law of the State of New York.

67.     Plaintiff has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of defendants in an amount thus far not determined, but, on information and belief, defendants' acts, if continued, will result in damages to be awarded against defendants in excess of $1,000,000.

## COUNT IV [INJURY TO BUSINESS REPUTATION AND DILUTION]
(Against All Defendants)

68.     Plaintiff repeats and realleges each allegation of paragraphs 1-67 hereof, as if fully set forth herein.

14

69.    By reason of the practices and acts set forth above, defendants are likely to injure Knoll's business reputation and dilute the distinctive quality of plaintiff's marks, in violation of Section 360-l of the New York General Business Law.

70.    These acts of defendants are without the permission, license or consent of plaintiff and, unless enjoined by this Court, defendants will continue these practices and acts, thereby harming plaintiff's business reputation and causing plaintiff immediate and irreparable injury.

71.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of defendants in an amount thus far not determined, but, on information and belief, defendants' acts, if continued, will result in damages to be awarded against defendants in excess of $1,000,000.

WHEREFORE, plaintiff demands:

A.    An injunction permanently enjoining and restraining defendants, their directors, officers, agents, servants, employees, successors, assigns, subsidiaries, related companies. parent companies, licensees, assigns, and all persons in active concert or participation with them:

1.    From importing, marketing, or selling furniture in the form of the designs that are the subject of Knoll's trademark registrations;

2.    From passing off or otherwise representing to architects, the furniture trade or public in any way that any product sold by defendants emanates from, is related in source or sponsorship to, or is in any way related to plaintiff:

3.    From injuring plaintiff's business reputation by diluting the distinctive quality of plaintiff's products; and

15

4.     From engaging in deceptive trade practices or acts in the conduct of defendants' business by means of selling products embodying Knoll's trademarked designs;

B.     Directing defendants to deliver to plaintiff or to destroy all furniture in their possession that is in the form of the designs that are the subject of Knoll's trademark registrations;

C.     Directing defendants to immediately recall and destroy all of their catalogs showing, advertising or promoting furniture that is in the form of the designs that are the subject of Knoll's trademark registrations;

D.     Directing defendants to remove all references to or images of furniture that are in the form of the designs that are the subject of Knoll's trademark registrations from defendants' internet websites;

E.     Directing defendants to account to plaintiff for all profits resulting from defendants' infringing activities;

F.     Awarding plaintiff its damages from defendants' wrongful acts;

G.     Awarding plaintiff three times the amount of plaintiff's damages or defendants' profits, whichever is greater.

H.     Awarding plaintiff the cost of this action, as well as reasonable attorneys' fees.

I.     Awarding plaintiff punitive damages as a result of defendants' wrongful acts; and

16

J.      Awarding plaintiff such other and further relief as the Court may deem just
and proper.

> GOTTLIEB, RACKMAN & REISMAN, P.C.
> Attorneys for Plaintiff
> George Gottlieb
> Marc P. Misthal
> Yuval H. Marcus
> 270 Madison Avenue
> New York, New York  10016
> (212) 684-3900
> ggottlieb@grr.com
> mmisthal@grr.com
> ymarcus@grr.com
>
> By: _____
> George Gottlieb (GG-5761)
> Marc P. Misthal (MM-6636)
> Yuval H. Marcus (YM-5348)

Dated:   November 7, 2007
         New York, New York

17

# EXHIBIT A

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,893,025
Registered Oct. 12, 2004

### TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A METAL FRAME AND LEATHER CUSHIONS.

SEC. 2(F).

SER. NO. 76-556,817, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,894,977
Registered Oct. 19, 2004

## TRADEMARK
## PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A STOOL WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

SEC. 2(F).

SER. NO. 76-556,816, FILED 10-22-2003

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT C

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

## United States Patent and Trademark Office

**Reg. No. 2,894,980**
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

    FOR: COUCHES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

    FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A COUCH WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

    SEC. 2(F).

    SER. NO. 76-556,824, FILED 10-22-2003.

THEODORE MCBRIDE, EXAMINING ATTORNEY

# EXHIBIT D

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,894,979
Registered Oct. 19, 2004

## TRADEMARK
## PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

   FOR: TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

   FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

   THE MARK CONSISTS OF A CONFIGURATION OF A TABLE WITH A METAL BASE AND A GLASS TOP.

   SEC. 2(F).

   SER. NO. 76-556,821. FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT E**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,894,978
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A FLAT METAL FRAME SUPPORTING A CUSHION.

SEC. 2(F).

SER. NO. 76-556,819, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT F

# United States Patent Office

772,313
Registered June 30, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 177,235, filed Sept. 18, 1963

## BARCELONA

Drexel Enterprises, Inc. (Delaware corporation)
1690 English St.
High Point, N.C.

For: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS, in CLASS 32.

First use Oct. 19, 1962; in commerce Feb. 27, 1963.

**EXHIBIT G**

# MODERN
# Collections.com



Secure 24/7 Online Ordering          Home  |  About Us  |  Shipping  |  Privacy  |  Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**

FREE SHIPPING



**Always FREE SHIPPING!**





**Secure Server**
Protected by...
**SSL**

We Proudly Accept:



## "Looking For Useful Information On Barcelona Chairs?"

## Discover EXACTLY What Is True Quality When Comparison Shopping.

At ModernCollections.com, our goal is to provide you with as much information possible so you can make an informed decision. We will share with you our knowledge of what's available in the marketplace and the characteristics to look for when shopping for the famous Barcelona Chairs.

**So, what makes us different?** With hundreds of retailers selling these chairs online ranging from $500 to $7000, it's difficult to know what you're *really* getting and what makes one retailer a better buying choice over the other. We have made this process easier by comparing our features with top manufacturers like Knoll and DWR. We use them as a benchmark since they are well known in the industry for providing high quality reproductions.

## Read How Our Chairs Compare to Knoll and DWR:

Similar to Knoll, we use premium grade 304 bar stock stainless steel for the frame. Single piece construction ensures long-term durability. Frame is shaped, welded and hand-buffed to mirror finish.

Our frames are buffed slightly on the edges to remove sharpness (safety) similar to DWR.

Knoll and DWR does not have seams at two front corners of their seat cushions or top corners of the back cushions. We have recently revised our cushions to be constructed the same way for a more authentic appearance.

Knolls uses thinner padding and has a slight curve to it. The back of the seat cushion is lower giving you a slightly more recline position. Our chair uses 4" thick cushions and has a more ergonomic seat angle for better lumbar support and easier position to get up from.

We use the Capitonné technique which uses individual tabbed squares of leather cut from a single hide and sewn, welted and tufted by hand similar to DWR. Each line is a "pipe" not just stitching

Like Knoll and DWR, we use a total of 17 heavy saddle Italian leather straps ensuring durability and support. All straps are made to match specified upholstery color

Knoll uses 34 stainless screws to secure straps to steel frame. We follow the same method using 34 stainless rivets to prevent the leather straps from loosening over time

Finally, our cushions are premium quality, highly resilient urethane foam with Dacron polyester fiberfill to match that of Knoll and DWR.

## A Picture Is Worth A Thousand Words, Right?

Yes ..they can be if they represent the actual products you will receive. You've seen them on Ebay and other retailers selling Barcelona chairs for under $600. Some are even selling the chair with ottoman set at this price. We are all for getting a good deal. However, **buyer beware...many are using the bait and switch tactic** to get you to purchase. The pictures you see are not the same products you will be receiving. When shopping around, ask to see if they offer more detail pictures of their product and check for any discrepancies between the product pictures

For you to feel comfortable with your purchase, we offer you in depth details of our Barcelona furniture by providing high quality pictures taken from our own studio

**Click on each picture below:**



## Where Is It Made...The Most Important Question?

Although this is a popular question, it is not the most important question to ask. We believe **how the product is made is actually more important** in deciding what type of quality you will receive. Many retailers justify their high prices claiming "Made in Italy". Although this may serve the ego, it does little to guarantee a quality product.

Our Barcelona chairs are imported from Asia using the most respectable modern classics manufacturer in the country. Although there are many cheap Asian knock offs flooding the market, we are NOT one of them. **Customers have often compared our quality to that of DWR.** In many cases, our chairs are comparable if not better than many of those coming out of Italy.

We specialize in Modern Classics and require our furniture to be made with strict quality control using the latest in technology and highest grade materials. We have simply moved production from Italy to keep prices low and offer **better value for our customers.** Genuine Italian leather is used since this is still the highest grade leather available.

## We Respect The Smart Consumer

We know you have many choices when choosing who to buy from. Even if you don't buy from us, we hope that you can use our information provided to make a well informed decision. After all, price alone shouldn't be the only deciding factor. Quality is MOST important so you can proudly display your furniture in your home or office. **We are not the cheapest retailer. However, our commitment to excellence and detail will provide you a quality product not found with most other retailers.**

## Your Complete Satisfaction Is Our Top Priority

We guarantee you'll love our Barcelona Chair & Ottoman. In fact, we are so confident on the quality of our products, we offer a 30-day no-hassle money-back guarantee. We won't even charge your credit card until your order ships and no restocking fees (for non-custom orders).

Compare this to other retailers who charge first and ships 6 to 8 weeks later. We can only offer this type of guarantee based on the positive feedback we've received from customers with our products. Free **shipping is included with no minimum purchase.**

## Click Here To See Our Barcelona Furniture

bauhaus furniture | modern chairs | modern furniture | bauhaus sofa | mid century modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us

© 2004-2006 Modern Collections · All rights reserved

Mies van der Rohe Furniture                          http://www.modern collections.com/index.asp?PageAction=VIEW

# MODERN
## Collections.com



Items in your Cart: 0
Current Subtotal: $0.00

Clear   Click to   View
Cart    Checkout   Cart

Secure 24/7 Online Ordering                    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



Always
FREE
SHIPPING!



Secure Server
Protected by...
SSL

We Proudly Accept:

SECURED BY
GeoTrust
click to verify
18-Jul-07 20:27 GMT

Mies van der Rohe Furniture >

## Displaying products 1 - 12 of 12 results

Items: [ ]   Sort: [ ]


Click for Details
**Barcelona Chair by Designer Mies van der Rohe**
Retail: $1,900.00
**Sale: $899.00**


Click for Details
**Barcelona Chair and Ottoman Set by Mies van der Rohe**
Retail: $2,500.00
**Sale: $1,235.00**


Click for Details
**Mies van der Rohe Barcelona Ottoman**
Retail: $600.00
**Sale: $399.00**

Click for Details
**Mies Lounge Bench**
Retail: $1,300.00
**Sale: $695.00**


Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**


Click for Details
**Mies Barcelona Coffee Table**
Retail: $1,100.00
**Sale: $699.00**


Click for Details
**Brno Chair by Mies**
Retail: $1,400.00
**Sale: $745.00**


Click for Details
**Mies Barcelona End Table**
Retail: $790.00
**Sale: $439.00**


Click for Details
**Mies Barcelona Loveseat**
Retail: $4,000.00
**Sale: $1,639.00**


Click for Details
**Mies Lounge Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**


Click for Details
**Pavilion Lounge Sofa by Mies**
Retail: $5,000.00
**Sale: $1,979.00**


Click for Details
**Leather Swatch Samples**
Retail: $2.50
**Sale: $1.50**



modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections · All rights reserved