UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                X
-----------------------------------------------------------

*Kroll*

v

*Demrick et al.*

                                                                    X
-----------------------------------------------------------

11/14/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7892 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion:_____
    _____
    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Nov 14, 2007

United States District Judge

* Early December would be best. — Thanks