USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| KNOLL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, LISA SHIU, ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>Defendants. |

Civil Action No.  07 CV 7892 (SAS)

ECF CASE

**ORDER**



WHEREAS, at the Rule 16 conference held on November 14, 2007, the Court

directed the parties to appear for a conference on November 30, 2007 (the

"Conference"); and

WHEREAS, plaintiff has requested that the Court adjourn the Conference to

December 13, 2007 due to a scheduling conflict; and

WHEREAS, defendants consent to that request;

IT IS ORDERED, that the Conference is adjourned to December 13, 2007 at
11:30 A.m.

SO ORDERED:

SHIRA A. SCHEINDLIN
United States District Judge    11/20/07