USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/07

1  Philip Green (CA SBN 092389)
   Law Offices of Green & Green
   1000 4th Street, Suite 595
2  San Rafael, CA 94901

3  (415) 457-8300
   phil@iplegal.com
4
   Attorney for Defendant Alphaville Designs, Inc.
5  David Lee and Peggy Lee

6

7

8

9

10              UNITED STATES DISTRICT COURT FOR THE

11                 SOUTHERN DISTRICT OF NEW YORK

12

13

14  Knoll, Inc.,                    CASE NO 07CV 7892 (SAS)

15           Plaintiff              **ORDER FOR ADMISSION PRO HAC VICE**

16       vs.

17  Danrick Commerce Group, L.L.C.,

18  ALPHAVILLE DESIGNS, Inc et al.,

19           Defendants

20        This Court has received a letter application dated November 27, 2007

21  requesting admission of Philip Green, Law Offices of Green & Green, of 1000 4th

22  Street, Suite 595 San Rafael, CA 94901 Pro Hac Vice to this Court pursuant to

23  Judge Scheindlin Local Rule III. C.

24        A request for notice of opposition to this application having been made and

25  there being no opposition, good cause appearing therefore,

ADMISSION PRO HAC VICE - 1

1
2        IT IS HERBY ORDERED that
3   Philip Green Law Offices of Green & Green is admitted to this Court Pro Hac
4   Vice.
5        IT IS FURTHER ORDERED:
6
7
8
9
10  Dated: _____MN 30_____,2007
11
12  _____[signature]_____
13
14
15  SHIRA A. SCHEINDLIN,
    JUDGE
16
17
18
19
20
21
22
23
24
25

**ADMISSION PRO HAC VICE - 2**