Sciendlin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC., | Case No.: 07CV 7892 (SAS) |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSE TO COMPLAINT** |
| vs. | |
| DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, LISA SHIU, ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE and DOES A-Z, Retailers for Alphaville Design, Inc., | |
| Defendants | |

THE PARTIES HEREBY STIPULATE THAT:

Whereas the complaint in this action was alleged Filed on November 7, 2007 and the Answer or other responsive pleadings would be due on December 9, 2007, there having been no prior requests for an extension,

Whereas the parties desire to cooperate in allowing time to file responsive pleadings, and allow time for pre-motion hearings and negotiations on issues of jurisdiction and venue to complete, DANRICK COMMERCE GROUP, L.L.C. a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, LISA SHIU, ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE may file their Responsive pleading or before January 15 2008.

Dated: November 30, 2007

By:

Philip R. Green

CASE NO.: 07CV 7892 (SAS)  STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE FILE RESPONSE TO COMPLAINT

. - 1

1   Philip Green (Cal St Bar 092389),
    Law Offices of Green & Green
2   1000 4th Street, Suite 595 San Rafael, CA 94901
3   (415) 457-8300
    Attorney for Alphaville Designs, Inc.
4   David Lee and Peggy Lee.

5   Dated: _November 30, 2007_
6   By:

7   _____
8   Charles A. LeGrand, Esq.
    Sheppard Mullin Richter & Hampton LLP
9   30 Rockefeller Plaza 24th Floor
    New York, NY 10112
10  (212) 332-3844
    Attorney for Danrick Commerce Group, L.L.C.
11  A/K/A Moderncollections.Com, Danny Louie and Lisa Shiu

12
    Dated: _Nov. 30, 2007_
13  By:

14  Marc P. Misthal
    Gottleib, Rackman & Reisman PC
15  270 Madison Avenue
    New york, NY 10016-0601
16  (212) 684-3900
17  Attorney for KNOLL, Inc.

18  IT IS HEREBY ORDERED that the parties' stipulation for an extension of time for Defendant to
19  file responsive pleadings is approved.

20  Dated:                          _12/3/07_
21
22  _____
    Judge Shira A. Scheindlin
23  United States District Court Judge
24
25

    CASE NO.: 07CV 7892 (SAS)  STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR
    OTHERWISE FILE RESPONSE TO COMPLAINT

    . - 2