Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KNOLL, INC., | Civil Action No. 07 CV 7892 (SAS) |
|---|---|
| Plaintiff, | |
| v. | ECF CASE |
| DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, LISA SHIU, ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE and DOES A-Z, Retailers for Alphaville Design, Inc., | |
| Defendants. | |



SDC SDNY
DOCUMENT
ELECTRONICAL...
DOC #:
DATE F... 12/20/07

### NOTICE OF DISMISSAL PURSUANT TO RULE 41 (a)(1)

Pursuant to Rule 41 (a)(1), Plaintiff Knoll, Inc. hereby dismisses the above-captioned action with respect to defendants Danrick Commerce Group, LLC a/k/a Moderncollections.com, Danny Louie and Lisa Shiu, David Lee and Peggy Lee. Defendant Alphaville Design, Inc. remains as a defendant in this action.

Dated:  December 19, 2007

*[signature]*
George Gottlieb (GG-5761)
Marc P. Misthal (MM-6636)
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900
Attorneys for Plaintiff

So Ordered

*[signature]*
USDJ

12/19/07

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing NOTICE OF DISMISSAL, was served by first class mail this 19th day of December, 2007 on the attorneys for defendants, namely:

Phil Green, Esq.
Green & Green
1000 Fourth Street Suite 595
San Rafael, CA 94901

Neil A. Smith, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

Charles LeGrand, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

_____
Marc P. Misthal (MM-6636)