Philip Green (CA SBN 092389)
Law Offices of Green & Green
1000 4th Street, Suite 595
San Rafael, CA 94901

(415) 457-8300
phil@iplegal.com

Attorney for Defendant Alphaville Designs, Inc.
David Lee and Peggy Lee

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Knoll, Inc., <br><br> Plaintiff <br><br> vs. <br><br> Danrick Commerce Group, L.L.C., <br><br> ALPHAVILLE DESIGNS, Inc et al., <br><br> Defendants | CASE NO 07CV 7892 (SAS) <br><br> **Request for Telephone Appearance** <br><br> Date: Jan 3, 2007 <br> Time: 11:30 am <br> Judge: SHIRA A. SCHEINDLIN |

I am attorney for Alphaville Designs, Inc. David Lee and Peggy Lee. My offices are in the San Francisco Bay area and my presence is needed for the hearing in the SDNY for the January 3 hearing. The only way I could attend is by telephone. The phone number for my contact is (415) 457-8300 Ext 11 (I can hear the voice mail and will pick up).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 1, 2008

Telephone Appearance - 1

*Philip R. Green*

Philip R. Green, Attorney for: Alphaville David Lee and Peggy Lee.

A request for notice of opposition to this application having been made and good cause appearing therefore,

IT IS HERBY ORDERED that Philip Green Law Offices of Green & Green may appear by telephone for the above sated hearing. The call-in number is _____ and the password is: _____.

Dated: Jan. 2 ,2008

SHIRA A. SCHEINDLIN,
JUDGE

Telephone Appearance - 2