UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, LISA SHIU, ALPHAVILLE DESIGN, INC., DAVID LEE, PEGGY LEE and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>Defendants. | Civil Action No. 07 CV 7892 (SAS)<br><br>ECF CASE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

### NOTICE OF DISMISSAL PURSUANT TO RULE 41 (a)(1)

Pursuant to Rule 41 (a)(1), Plaintiff Knoll, Inc. hereby dismisses the above-captioned action with respect to defendant Alphaville Design, Inc.

Dated: January 7, 2008

*[signature]*
George Gottlieb (GG-5761)
Marc P. Misthal (MM-6636)
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900
Attorneys for Plaintiff

So Ordered.
*[signature]*
USDJ 1/8/08

The Clerk is directed to close this case as all defendants have now been dismissed